AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00094 |
| Robert Ciottoni | ) Assigned To : Judge Robin M. Meriweather |
|  | ) Assign. Date : 3/7/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Robert Ciottoni,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- parade, demonstrate, or picket in any of the Capitol Buildings.

2024.03.07
12:46:47
-05'00'

Date:     03/07/2024                                                  _____
                                                                        *Issuing officer's signature*

City and state:       Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
                                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 03/07/2024, and the person was arrested on *(date)* 03/08/2024
at *(city and state)* [REDACTED] Philadelphia, PA

Date: 03/08/2024                                         _____
                                                                *Arresting officer's signature*

                                                             Detective Thomas McCormick
                                                                *Printed name and title*