# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 24-214-1** |
| | : | |
| **ROBERT CIOTTONI** | : | |

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2024, upon consideration of

the Defendant's Motion to Continue Trial Date, and the government's response thereto, it is

hereby **ORDERED** that the Motion is **GRANTED**.


**BY THE COURT:**


_____
**THE HONORABLE JOHN D. BATES**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 24-214-1** |
| | : | |
| **ROBERT CIOTTONI** | : | |

## <u>MOTION TO CONTINUE TRIAL DATE</u>

### I.    <u>INTRODUCTION</u>

Defendant Robert Ciottoni, by and through counsel, herein respectfully moves this Court

for an order continuing the trial date currently scheduled, in light of significant developments in

the political and judicial landscape that bear directly on the administration of justice in this

matter. Mr. Ciottoni submits that it would serve the interests of justice, judicial economy, and

federal resources to grant this continuance.

### II.    <u>PROCEDURAL HISTORY</u>

On May 7, 2024, Mr. Ciottoni was charged in an information with Entering and

Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1) (Count

One); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18

U.S.C. § 1752(a)(2) (Count Two); Disorderly Conduct in a Capitol Building or Grounds,  in

violation of 40 U.S.C. § 5104(e)(2)(D) (Count Three); and, Parading, Demonstrating, or

Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G) (Count Four). The

government claims that on January 6, 2021, Mr. Ciottoni traveled from Philadelphia to

Washington, D.C., and upon arrival, entered a restricted area of the United States Capitol without

authorization to do so. Trial is this matter is scheduled to begin on January 22, 2025.

III.    <u>DISCUSSION</u>

A.    **Likelihood of Presidential Pardon or Dismissal by New Administration**

The upcoming inauguration of President Donald J. Trump on January 20, 2025, signals a seismic shift in federal policy regarding January 6 defendants. President Trump has repeatedly and publicly indicated his intent to issue pardons to those he views as victims of a politicized Department of Justice. Furthermore, it is widely anticipated that whomever President Trump chooses as his candidate for Attorney General will be committed to reassessing and potentially dismissing many January 6 prosecutions, including cases like this one.

To proceed with this trial under the shadow of these political realities would not only risk rendering the process moot but would also squander the limited resources of this Court and the Department of Justice. The Honorable Carl J. Nichols has already acknowledged these concerns by granting continuances in other January 6 cases, precisely to avoid unnecessary expenditure of time and resources. *See United States v. Lang*, Crim. No. 21-51-1 (D.D.C. Nov. 19, 2024); *United States v. Hunt*, et al., Crim. No. 24-154 (D.D.C. Nov. 14, 2024)

B.    **Restoring Public Faith in the Judiciary**

The American people have lost confidence in the impartiality of the judicial system as it pertains to January 6 prosecutions. These cases have been plagued by accusations of selective enforcement, political bias, and prejudiced jury pools. Allowing this trial to proceed now, rather than granting a continuance, would reinforce public perception of a two-tiered justice system—one that disproportionately targets supporters of President Trump while ignoring similar conduct by others.

To restore faith in the judiciary, this Court must take a stand against the Department of Justice's ongoing politicized "witch hunt" and demonstrate that fairness and justice remain paramount in these proceedings.

### C.    Judicial Precedent for Continuances in January 6 Cases

This Court need look no further than its own docket to find support for this motion. In addition to Judge Nichols, the Honorable Rudolph Contreras recently granted a continuance in the felony trial of William Pope in order to avoid unnecessary proceedings ahead of the anticipated shifts in prosecutorial policy. *See United States v. Pope*, Crim No. 21-128-1 (D.D.C. Nov. 14, 2024).

The growing trend among federal judges to delay these cases reflects a prudent recognition that the political climate and prosecutorial direction are in flux. A continuance in Mr. Ciottoni's case would be consistent with this evolving judicial approach and serve to preserve the integrity of the proceedings.

## IV.    <u>CONCLUSION</u>

In light of the high likelihood of a Presidential Pardon or dismissal of charges by the incoming administration, the need to restore public trust in the judiciary, this Court should grant Mr. Ciottoni's motion for a continuance.

It is neither just nor efficient to subject the Defendant to a show trial in front of a prejudiced jury pool under a prosecution marred by political bias. The cries for justice, fairness, and accountability are deafening, and this Court has an opportunity to heed them.

**WHEREFORE**, the Defendant respectfully requests that this Court continue the trial until after January 20, 2025, to allow the incoming administration to address these cases.


Respectfully submitted,


*/s/ Jonathan McDonald*
JONATHAN MCDONALD
Assistant Federal Defender

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan McDonald, Assistant Federal Defender, Federal Community Defender Office

for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the foregoing

Defendant's Motion to Continue Trial Date to be served by Electronic Case Filing ("ECF") upon

Rebekah Lederer, Assistant United States Attorney, United States Attorney's Office at

rebekah.lederer@usdoj.gov.


*/s/ Jonathan McDonald*
JONATHAN MCDONALD
Assistant Federal Defender


DATE:  <u>November 27, 2024</u>