# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERT CIOTTONI,**<br>  **Defendant.** | **Criminal Action No. 24-214 (JDB)** |

## ORDER

Upon consideration of defendant's motions [21] to continue trial date, [22] to transfer venue, [24] to dismiss counts I and II, [25] to dismiss counts III and IV; the government's [23] motion in limine; and the entire record herein, and for the reasons stated at the pretrial hearing held on this date, it is hereby

**ORDERED** that [22] [24] [25] the defendant's motions are **DENIED**; and it is further

**ORDERED** that [21] the defendant's motion to continue trial date is **DENIED**, with the small exception of rescheduling the trial date to January 23, 2025;

**ORDERED** that [23] the government's motion is **GRANTED IN PART** and **DENIED** to the extent it seeks to exclude evidence regarding the conduct of executive officials and law enforcement officers if relevant for permissible purposes, such as defendant's mens rea; and **DENIED** to the extent to seeks to exclude evidence of defendant's character or prior good acts so long as that evidence complies with with Federal Rules of Evidence 404(b) and 405.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: December 18, 2024