# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 24-214-1** |
| | : | |
| **ROBERT CIOTTONI** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Defendant's Motion to Waive His Presence at Bench Trial, and the government's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT:**

_____
**THE HONORABLE JOHN D. BATES**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 24-214-1** |
| | : | |
| **ROBERT CIOTTONI** | : | |

### DEFENDANT'S MOTION TO WAIVE HIS PHYSICAL PRESENCE FOR PROCEEDINGS ON MISDEMEANOR CHARGES

**I.    INTRODUCTION**

Defendant Robert Ciottoni, by and through counsel, herein respectfully moves this Court allow him to waive his physical presence for any arraignment, plea, bench trial, sentencing and all hearings permitted by law, and by Order of the Court, and to participate remotely by way of video teleconferencing pursuant Federal Rule of Criminal Procedure 43.

**II.    PROCEDURAL HISTORY**

Mr. Ciottoni has been charged in an information with Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1) (Count One); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2) (Count Two); Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D) (Count Three); and, Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G) (Count Four). The government claims that on January 6, 2021, Mr. Ciottoni travelled from Philadelphia to Washington, D.C., and upon arrival, entered a restricted area of the United States Capitol without authorization to do so. Mr. Ciottoni has pled not guilty to all counts charged in the information. Trial in the above-captioned

matter is scheduled for the week of the presidential inauguration. If convicted, a sentencing would follow.

### III. DISCUSSION

Federal Rule of Criminal Procedure 43(b)(2) states that a defendant's presence is not required when: "The offense is punishable by fine or by imprisonment for not more than one year, or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video teleconferencing or in the defendant's absence." Fed. R. Crim. P. 43(b)(2). Section 1752 of Title 18 of the United States Code provides, in pertinent part, that "The punishment for a violation of subsection (a) is a fine under this title or imprisonment for not more than one year, or both." 18 U.S.C. § 1752(b)(2). Section 5109 of Title 40 of the United States Code states, in relevant part, that "A person violating section … [5104(e)(2)] … this title, or attempting to commit a violation, shall be fined under title 18, imprisoned for not more than six months, or both." 40 U.S.C. § 5109(b). Therefore, the government has charged Mr. Ciottoni with four misdemeanor offenses. Consequently, pursuant to Fed. R. Crim. P. 43(b)(2), Mr. Ciottoni is not required to appear in person for arraignment, plea, trial, and sentencing in the above-captioned matter and may participate remotely via video teleconference if he consents in writing and This Honorable Court grants him such permission.

Trial in the above-captioned matter is scheduled to beginning during the week of the inauguration of the 47th President of the United States. Interested parties from around the world will naturally seek to observe this internationally significant event in person. Thus, travel to the nation's capital will unfortunately but inevitably be more expensive and burdensome immediately preceding and immediately following the presidential inauguration.

Thus, pursuant to Fed. R. Crim. P. 43(b)(2), Mr. Ciottoni hereby waives the right to be physically present in open court for all proceedings permitted by law and by Order of This Court. Mr. Ciottoni hereby requests the Court to proceed in his physical absence for all hearings permitted by law and Order of This Court pursuant to the attached written waiver of physical presence for misdemeanor charges, and agrees that his interests will be deemed represented at all times by his attorney, the same as if he were physically present.

Mr. Ciottoni understands that "If [he] waives the right to be present, the trial may proceed to completion, including the verdict's return and sentencing, during [his] absence." Fed. R. Crim. P. 43(c)(2). Mr. Ciottoni also acknowledges that he may not testify remotely.

**WHEREFORE**, Defendant Robert Ciottoni respectfully petitions the Court to grant the instant request to waive his in-person attendance for all proceedings permitted by law and by Order of This Court.

Respectfully submitted,

*/s/  Jonathan McDonald*
JONATHAN MCDONALD
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

    I, Jonathan McDonald, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the foregoing Defendant's Motion to Waive His Presence at Bench Trial to be served by Electronic Case Filing ("ECF") upon Rebekah Lederer, Assistant United States Attorney, United States Attorney's Office, rebekah.lederer@usdoj.gov, and Sean McCauley, Assistant United States Attorney, United States Attorney's Office, sean.mccauley@usdoj.gov.


                                                     */s/   Jonathan McDonald*
                                                     JONATHAN MCDONALD
                                                     Assistant Federal Defender


DATE:        January 7, 2025